Littler
Employment & Labor Law Solutions Worldwide®

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022-3298

Joseph E. Field
212.497.8492 direct
212.583.9600 main
646.607.9249 fax
jfield@littler.com

November 24, 2026

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

**MEMO ENDORSED**

**Re: *Helen Tierney v. Scripps Networks, LLC, et al.*, 26-cv-06234 (KPF)**

Dear Judge Failla:

This firm represents the Defendants in the above-referenced action. I write to request that the Court reschedule the pre-motion conference on the Defendants' motion for partial dismissal of the Plaintiff's Complaint and to stay discovery.

By order dated November 12, 2026, the Court scheduled the pre-motion conference to be held on December 22, 2026 at 3:00 p.m. I will be attending the conference on behalf of the Defendants. However, due to a previously scheduled vacation, I will be out of state for the holidays during the week of December 21, 2026. I have conferred with Plaintiff's counsel, Fiona Carmody, who does not object to this request. Counsel for both parties are available on December 14-16, or 18, 2026 or anytime during the week of January 4, 2027. If any of these dates work for the Court, I respectfully ask that the conference be rescheduled to such date and time.

Respectfully submitted,

***/s/ Joseph E. Field***

cc (via ECF): Counsel of Record

Application GRANTED. The pre-motion telephonic conference currently scheduled for December 22, 2026 is hereby ADJOURNED to **January 6, 2027**, at **10:00 a.m.** At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated: November 24, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE